UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cr-283-MOC-DCK

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSHUA ELIJAH LEU, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Motions to Reduce Sentence Pursuant to USSC Amendment 821. (Doc. Nos. 27, 28).

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a response to Defendant's motions.

Signed: November 29, 2023

Max O. Cogburn Jr.
United States District Judge

1